**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 03-2094

DANIEL JOHNSON WILLIS,

Plaintiff - Appellant,

versus

TOWN OF TRENTON, NORTH CAROLINA; SYLVIA A.
WILLIS, Mayor of Trenton; WILLARD O. LEWIS,
Council Member; AL RIGGS, Council Member;
CHARLES JONES, Council Member; C. GLENN
SPIVEY, Town Clerk; TRENTON MEMORIAL
ASSOCIATION; CAROL M. HOOD; INEZ KOONCE BANKS,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at New Bern.  Malcolm J. Howard,
District Judge. (CA-03-34-4-H)

Submitted: March 15, 2004        Decided:  April 5, 2004

Before WILLIAMS, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Daniel Johnson Willis, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Daniel Johnson Willis appeals the district court's order denying him leave to file an action pursuant to a pre-filing injunction. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Willis v. Town of Trenton, No. CA-03-34-4-H (E.D.N.C. May 2, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED